BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of ALMA HAVIGHORST, Respondent, v. HENRY PETERSON, Appellant. — Order of filiation of the Court of Special Sessions, Borough of Brooklyn, and order denying motion for a new trial, unanimously affirmed, with ten dollars costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

NOAH FELLS and FANNIE KAPLAN, Respondents, v. IDEAL LAND CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. Appeal from order of June 5, 1928, dismissed. Upon the record herein plaintiffs were not under the necessity of obtaining leave to prosecute this action (Civ. Prac. Act, § 1078), as the foreclosure action was not pending nor did it result in a judgment in favor of plaintiffs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

FANNIE E. FERGUSON, Appellant, v. MARTIN J. ANDERSON, JENNIE ANDERSON, His Wife, and KENNETH W. PURDY, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

FANNIE E. FERGUSON, Appellant, v. ANTOINETTE DOMINY and NASSAU SUFFOLK BOND AND MORTGAGE GUARANTEE COMPANY, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

FANNIE E. FERGUSON, Appellant, v. JOHN H. EATON and MILDRED EATON, His Wife, Respondents, and ANNA EATON, Defendant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

ADRIENNE FERRAND, Respondent, v. PAUL ALEXANDER FERRAND, Appellant.— Order modified by reducing the counsel fee to $250, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

JOHN C. GAVIN, Respondent, v. THE TRUDEAU SANITORIUM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ROSE GILBERT, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Young and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent, being of opinion that there was a question of fact to be determined by the jury as to whether or not the assured co-operated with defendant in the defense of the case.

GREEK CATHOLIC CHURCH OF ST. NICHOLAS OF MYRA, a Religious Corporation, PATRICK J. HAYS, JOHN J. DUNN, CONSTANTINE ROSKOVICS, NICHOLAS HALADY and STEPHEN PRINGER, as Trustees of GREEK CATHOLIC CHURCH OF ST. NICHOLAS OF MYRA, Respondents, v. JOHN KONKUS, Appellant, and WILLIAM TERKANICH and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.